# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2888

_____

Sharen A. Postels,                 *
                                      *

            Appellant,        *

                                      *    Appeal from the United States

     v.                     *    District Court for the Southern

                                      *    District of Iowa.

Jo Anne B. Barnhart, Commissioner    *
of the Social Security Administration,   *      [UNPUBLISHED]

                                        *

            Appellee.         *

_____

Submitted:  January 13, 2003

Filed:  January 22, 2003

_____

Before LOKEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

In 1999, Sharon A. Postels sought disability insurance benefits asserting mental disorders disabled her beginning on June 15, 1981. An ALJ found Postels did not show she had any impairment that significantly limited her ability to perform basic work activities before March 31, 1987, her last date insured. The ALJ thus concluded Postels was not entitled to benefits. See Basinger v. Heckler, 725 F.2d 1166, 1168 (8th Cir. 1984). The Appeals Council denied further review. Postels sought judicial

review, and the district court[*] held substantial evidence supported the decision to deny benefits.

On appeal, Postels contends the ALJ committed error in rejecting the opinions of her treating physicians and in terminating the analysis before considering vocational factors. Having carefully reviewed the record, we conclude the ALJ properly determined that Postels did not show she suffered from a severe mental impairment before her insured status expired on March 31, 1987. The ALJ properly rejected the retrospective testimony of Postels's treating physicians because they had limited contact with Postels during the relevant time period. Because Postels's impairment would have had no more than a minimal effect on her ability to work, the ALJ properly terminated the analysis after determining she had no severe impairment. Nguyen v. Chater, 75 F.3d 429, 431 (8th Cir. 1996).

Substantial evidence on the record as a whole supports the denial of benefits, thus we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.